UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BARBARA RASULALLAH**                                                                 **PLAINTIFF**

**V.**                                              **4:23CV00015 JM**

**SMITH & NEPHEW INC.**                                                                **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal (ECF No. 18), the Court finds that this case should be dismissed with prejudice. The jury trial scheduled for May 20, 2024, is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of May, 2024.

_____
James M. Moody Jr.
United States District Judge